**FILED**

MELINDA HAAG (CABN 132612)
United States Attorney

APR 17 2013

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

CAROLYN SILANE (NYBN 4596235)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6973
Facsimile: (415) 436-7234
E-Mail: carolyn.silane@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LIVIA LILL, <br><br> Defendant. | No. CR 13-70169 <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING APPEARANCE DATE AND EXCLUDING TIME PURSUANT TO FED. R. CRIM. P. 5.1 & 18 U.S.C. § 3161 |

The parties, by and through counsel, stipulate and agree as follows:

1. The time limits of Fed. R. Crim. P. 5.1(c) shall be extended to and until May 16, 2013, and the hearing scheduled for April 18, 2013 vacated.

2. Counsel for defendant believes that it is in the best interest of the defendant to review discovery in this case, and to consult with the defendant. Both parties agree that it is in the interests of justice to do so.

3. The parties agree that extending the time limits of Rule 5.1 serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial, and that failing to extend the time limits would deny counsel for the government and the defendant the reasonable

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-70169

1  time necessary for effective preparation, taking into account the exercise of due diligence. 18
2  U.S.C. § 3161(h)(7).
3      4. The hearing scheduled for April 18, 2013, should be vacated. The next court
4  appearance in this case shall be May 16, 2013, at 9:30 am before the duty magistrate in
5  San Francisco, for preliminary hearing or indictment.  The parties may seek further extension of
6  the time limits in Rule 5.1(c) and the Speedy Trial Act by stipulation.
7      SO STIPULATED AND AGREED,

MELINDA HAAG
United States Attorney

DATED: April 16, 2013                /s/
                                   CAROLYN SILANE
                                   Special Assistant United States Attorney

DATED: April 16, 2013                /s/
                                   MARK ROSENBUSH
                                   Attorney for LIVIA LILL

## [PROPOSED] ORDER

Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. 3161(h)(7), IT IS SO ORDERED.

DATED: 4/17/13

HON. NANDOR J. VADAS
United States Magistrate Judge