MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYN SILANE (NYBN 4596235)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6973
    Facsimile: (415) 436-7234
    E-Mail: carolyn.silane@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 13-70169 |
|---|---|---|
|     Plaintiff, | ) | |
|     v. | ) | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING APPEARANCE DATE AND EXCLUDING TIME PURSUANT TO FED. R. CRIM. P. 5.1 & 18 U.S.C. § 3161** |
| LIVIA LILL, | ) | |
|     Defendant. | ) | |

    The parties, by and through counsel, stipulate and agree as follows:

    1. The time limits of Fed. R. Crim. P. 5.1(c) shall be extended to and until June 13, 2013, and the hearing scheduled for May 16, 2013 vacated.

    2. Counsel for defendant believes that it is in the best interest of the defendant to review discovery in this case, and to consult with the defendant. Both parties agree that it is in the interests of justice to do so.

    3. The parties agree that extending the time limits of Rule 5.1 serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial, and that failing to extend the time limits would deny counsel for the government and the defendant the reasonable

time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

    4. The hearing scheduled for May 16, 2013, should be vacated. The next court appearance in this case shall be June 13, 2013, at 9:30 am before the duty magistrate in San Francisco, for preliminary hearing or indictment. The parties may seek further extension of the time limits in Rule 5.1(c) and the Speedy Trial Act by stipulation.

    SO STIPULATED AND AGREED,

                                      MELINDA HAAG
                                      United States Attorney

DATED: May 15, 2013                _____/s/_____
                                      CAROLYN SILANE
                                      Special Assistant United States Attorney

DATED: May 15, 2013                _____/s/_____
                                      MARK ROSENBUSH
                                      Attorney for LIVIA LILL

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. 3161(h)(7), IT IS SO ORDERED.

DATED: 5/16/13                               _____
                                          HON. JOSEPH C. SPERO
                                          United States Magistrate Judge