1  MARK ROSENBUSH
   Attorney at Law, CSB 72436
2  214 Duboce Avenue
   San Francisco, CA 94103
3  Tel: (415) 861-3555
   Fax: (415) 255-8631
4
   Attorney for Defendant
5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,        )    No.  CR 13-70169
9                                   )
            Plaintiff,               )
10                                   )    Stipulation and [Proposed]
                                    )    Order Continuing Appearance
11     vs.                          )    Date and Excluding Time
                                    )    Pursuant to Fed. R. Crim. P. 5.1 &
12  LIVIA LILL,                     )    18 U.S.C. § 3161
                                    )
13          Defendant.               )
                                    )
14  _____ )

15

16          The parties, by and through counsel, stipulate and agree as follows:

17          1. The time limits of Fed. R. Crim. P. 5.1( c) shall be extended to and until July 11,

18  2013, and the hearing scheduled for June 13, 2013 vacated.

19          2. Counsel for defendant believes that it is in the best interest of the defendant to review

20  discovery in this case, and to consult with the defendant.  Both parties agree that it is in the

21  interests of justice to do so.

22          3. The parties agree that extending the time limits of Rule 5.1 serves the ends of justice

23  and outweighs the interests of the public and the defendant in a speedy trial, and that failing to

24  extend the time limits would deny counsel for the government and the defendant the reasonable

25  time necessary for effective preparation, taking into account the exercise of due diligence. 18

26  U.S.C. § 3161(h)(7).

27          4. The hearing scheduled for June 13, 2013 should be vacated.  The next court

28  appearance in this case shall be July 11, 2013, at 9:30 a.m. before the duty magistrate in San

Stipulation and [Proposed] Order Excluding Time
CR 12-70169                                                                                          1

Francisco, for preliminary hearing or indictment.  The parties may seek further extension of the time limits in Rule 5.1 ( c) and the Speedy Trial Act by stipulation.

    SO STIPULATED AND SO AGREED.

MELINDA HAAG  
United States Attorney

Dated: June 12, 2013          _____/s/_____  
CAROLYN N. SILANE  
Special Assistant United States Attorney

Dated: June 12, 2013          _____/s/_____  
MARK ROSENBUSH  
Attorney for Defendant  
LIVIA LILL

[PROPOSED] ORDER

Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. 3161(h)(7), IT IS SO ORDERED.

Dated: June 12, 2013          _____  
Hon. Laurel Beeler  
United States Magistrate Judge