IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>PRITESH PATEL,<br><br>        Defendant.<br>_____/ | **ORDER DECLINING TO RELATE CASES**<br><br>No. CR 12-0721 MMC |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>KRISTOPHER DICKMAN,<br><br>        Defendant.<br>_____/ | No. CR 12-0722 MMC |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>RYAN ROBERT EVANS,<br><br>        Defendant.<br>_____/ | No. CR 13-0095 MMC |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>HAMISH MACNAB,<br><br>        Defendant.<br>_____/ | No. CR 13-0294 MMC |

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>G. JOHN ROY PANELLI,<br>    Defendant. | No. CR 13-0354 MMC |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>LIVIA LILL,<br>    Defendant. | No. CR 13-448 TEH |

Before the Court is the government's Notice of Related Case, filed August 7, 2013, by which the government seeks to relate the above-titled action against Livia Lill ("Lill") to the other five above-titled actions. On August 8, 2013, Lill filed timely opposition, arguing the government's notice fails to state any facts indicating the case against Lill concerns the same alleged "events, occurrences, transactions or property," see Civil L.R. 8-1(b)(1), as the earlier-related cases. Lill's point is well taken.[1]

Accordingly, the Court declines to relate the cases at this time, without prejudice to the government's filing a new notice should it choose to do so.

**IT IS SO ORDERED.**

Dated: August 12, 2013

                                              MAXINE M. CHESNEY
                                              United States District Judge

---

[1] The earlier cases were related on the same showing but without objection.

2