UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>LIVIA LILL,<br>    Defendant. | Case No. 13-cr-00448-TEH<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME** |
|---|---|

Petitioner requests a nine day extension of time to file the Traverse for her 28 U.S.C. § 2255 motion. In the Court's Order to Show Cause, Petitioner's Traverse was made due on May 3, 2015. (Docket No. 102). However, the Court previously granted the Government an extension of time to file its Answer. (Docket No. 117). The Court also recognizes that Petitioner is not represented by counsel, and experiences a delay in receiving filings by mail. Accordingly, the Court GRANTS Petitioner's request for an extension of time to file her Traverse. Petitioner's Traverse must now be filed on or before **May 12, 2015**.

**IT IS SO ORDERED.**

Dated: 04/30/2015

_____
THELTON E. HENDERSON
United States District Judge