UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 13-cr-00448-TEH |
| v. | |
| LIVIA LILL, | **ORDER GRANTING PETITIONER'S REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| Petitioner. | |

The Court has received Petitioner's Traverse, which includes a request to file a portion of the Traverse and an accompanying exhibit under seal. Petitioner claims that the public filing of these documents threatens her safety. The Court acknowledges this risk, and finding good cause GRANTS Petitioner's request to file these documents under seal. The Government shall be granted access to the sealed documents, and the Clerk shall serve Petitioner with a copy of this Order.

**IT IS SO ORDERED.**

Dated:   05/14/15                                 _____
                                                                THELTON E. HENDERSON
                                                                United States District Judge