UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LIVIA LILL,

    Defendant.

Case No. 13-cr-00448-TEH

**ORDER SEALING DEFENDANT'S MOTION TO VACATE AND SENSITIVE EXHIBITS**

Due to the confidential nature of material discussed in Defendant's motion to vacate, including information protected under the attorney-client privilege and details of Defendant's case that pose a safety risk should they be made public, the Court finds good cause to hereby ORDER that Defendant's motion to vacate (Docket No. 98) and Exhibits 6, 8, 9, 14, 15, and 21 thereto (currently docketed as Attachment #1 to Docket No. 99) be FILED UNDER SEAL.

**IT IS SO ORDERED.**

Dated: 09/02/15

_____

THELTON E. HENDERSON
United States District Judge